DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY GRIFFIN WEBER,**
Appellant,

v.

**RYAN SCOTT DIGIOVANNI, PLLC,**
Appellee.

No. 4D2023-1877

[April 4, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 31-2022-CA-000465.

Mary Griffin Weber, Vero Beach, pro se.

Kevin M. Rollin of Napier & Rollin, PLLC, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***